OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 NOV 17 2015

11/12/2015
LERMA, MIGUEL                Tr. Ct. No. 11-CR-2161-A                WR-84,181-01

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

MIGUEL LERMA
PACK UNIT - TDC # 1909534
2400 WALLACE PACK
NAVASOTA, TX 77868

RTS
discharged